IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REBECCA JEANIE DIAZ,<br><br>Defendant. | No. CR 07-1344-TUC-CKJ (HCE)<br><br>**ORDER** |

On March 18, 2011, Magistrate Judge Hector C. Estrada issued a Report and Recommendation (Doc. 145) in which he recommended this Court find that Defendant Rebecca Jeanie Diaz violated: (1) Standard Condition No. 3 (Allegation A) in that she failed to report to the U.S. Probation Office in October and did not submit a written report for that month; and (2) Special Condition No. 5 (Allegation B) in that she was discharged unsuccessfully from Oasis House for Women for a multitude of violations. The Report and Recommendation notified the parties that they had 14 days from the date of service of the Report and Recommendation to file any objections. No objections have been filed.

The Court has reviewed and considered the January 28, 2008, Judgment and Commitment, the October 28, 2010, Petition to Revoke Supervised Release, the transcript of the March 9, 2011, hearing, the exhibits, and the Report and Recommendation.

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation (Doc. 145) is ADOPTED;

2. The Court finds Defendant has violated the terms of her supervised release.

3. The Disposition Hearing is scheduled for May 23, 2011, at 11:00 a.m.

DATED this 11th day of April, 2011.

_____
Cindy K. Jorgenson
United States District Judge

- 2 -